IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDW LLC,** *et al.,* | : | CIVIL ACTION |
| **Plaintiffs,** | : | |
| v. | : | |
| **BANK OF AMERICA, N.A.,** | : | NO. 2:22-cv-02648 |
| **Defendant.** | : | |

# ORDER

**AND NOW,** this 31st day of May, 2024, upon consideration of Plaintiffs' Motion to Dismiss (ECF No. 21); Defendant's Cross Motion for Judgment on the Pleadings (ECF No. 24); and any responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Dismiss Defendant's Counterclaim Counts One, Two, Three, and Seven is **DENIED**.

2. Plaintiffs' Motion to Dismiss Defendant's Counterclaim Counts Four, Five, and Six is **GRANTED**.

3. Defendant's Cross Motion for Judgment on the Pleadings is **DENIED** with regard to Plaintiffs' Counts One, Three, and Six.

4. Defendant's Cross Motion for Judgment on the Pleadings is **GRANTED** with regard to Plaintiff's Counts Two, Four, and Five.

BY THE COURT:

_____
Hon. Mia R. Perez