IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDW LLC, BDDW DESIGN LLC, BDDW STUDIO LLC**, and **TED TYLER HAYS**, | : : : : | |
| Plaintiffs, | : : | **CIVIL ACTION** |
| v. | : : | |
| **BANK OF AMERICA, N.A.**, | : : | **NO. 22-2648** |
| Defendant. | : : : | |

## ORDER

**AND NOW**, this 9th day of April 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 59), all responses thereto, and the Declaration of Nicholas Cardarelli (ECF No. 59-1), it is hereby **ORDERED** as follows:

1. Defendant shall make Nicholas Cardarelli available for a deposition by Plaintiffs on or before April 16, 2025.

2. Defendant shall bear all costs associated with the deposition.

3. Plaintiffs may supplement their opposition to Defendant's Motion for Summary Judgment to reflect information learned from the deposition on or before April 23, 2025. The supplement shall not exceed eight pages.

BY THE COURT:

_____
HON. MIA R. PEREZ