IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDW LLC, BDDW DESIGN LLC, BDDW STUDIO LLC**, and **TED TYLER HAYS**, | : : : : : : : : : : : : | **CIVIL ACTION**  NO. 22-2648 |
| Plaintiffs, | | |
| v. | | |
| **BANK OF AMERICA, N.A.**, | | |
| Defendant. | | |

## ORDER

**AND NOW**, this 29th day of April 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 59), and all responses thereto, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** and judgment shall be entered in favor of Defendant on Counterclaims 1 (Breach of Contract of Term Loan – EDDW LLC), 2 (Breach of Contract of Term Loan – Guarantors), and 3 (Enforcement of Security Interest of Term Loan – EDDW LLC).

2. The Motion is **DENIED** as to Counterclaim 7 (Unjust Enrichment – EDDW LLC), which is hereby **DISMISSED WITH PREJUDICE**.

3. The Court will rule separately on Defendant's request for attorneys' fees and costs.

BY THE COURT:

_____
HON. MIA R. PEREZ